JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 896 -- In re Milli Vanilli Litigation

| Date | Pldg. | Pleading Description |
|---|---|---|
| 91/06/03 | 1 | MOTION, MEMORANDUM, SCHEDULE OF ACTIONS -- pltfs. Lisa J. Kelton, et al., for transfer of actions w/affidavit of Mark C. Rikin and cert. of svc. w/exhibits A thru E -- SUGGESTED TRANSFEREE DISTRICT: C.D. California -- SUGGESTED TRANSEREE JUDGE: ? (ds) |
| 91/06/13 | 2 | NOTICE OF RELATED ACTION -- filed by defts. Bertelsmann Music Group, Inc. and Michael Dornemann w/cert. of svc. (Tracie R. Johnson, et al. v. Arista Records, Inc., et al., M.D. Louisiana, C.A. No. 1224 Sec. A (Judge Parker)(ds) |
| 91/06/14 | | APPEARANCES -- MARK C. RIFKIN, ESQ. for Lisa Kelton, et al.; JAY S. COHEN, ESQ. for Donna Gallagher, etc.; JAROSLAWICZ & JAROS, ESQS. for David McLafferty, etc. (ds) |
| 91/06/18 | | APPEARANCE -- HOWARD J. SEDRAN, ESQ. for Dennis Freedman, et al. (sg) |
| 91/06/20 | 3 | JOINDER IN MOTION TO TRANSFER (pldg. #1) -- filed by pltf. Linda Tarshis w/cert. of svc. (ds) |
| 91/06/20 | 4 | JOINDER IN MOTION TO TRANSFER (pldg. #1) -- filed by pltf. Angela Pariselli w/cert. of svc. (ds) |
| 91/06/20 | | APPEARANCE -- RALPH C. LOEB, ESQ. for Gallin Morey Associates and Sandy Gallin (ds) |
| 91/06/21 | | APPEARANCES -- L. PETER PARCHER, ESQ. for Clive Davis and IRVING SCHER, ESQ. for Bertelsmann Music Group, Inc. and Michael Dornemann (ds) |
| 91/06/24 | 5 | JOINT RESPONSE/MEMORANDUM/AFFIDAVIT OF IRVING SCHER (to pldg. #1) -- defts Arista Records, Inc., Bertelsman Music Group, Inc., Clive Davis, Roy Lott and Michael Dornemann w/exhibits A thru U and cert. of svc. (ds) |
| 91/06/24 | 6 | JOINDER IN RESPONSE (to pldg. #5) -- defts. Gallin Morey Associates and Sandy Gallin w/cert. of svc. (ds) |
| 91/06/25 | 7 | AMENDMENT TO MOTION -- filed by pltfs. Lisa J. Kelton, et al. -- amending motion to include additional action for transfer (Karen L. Smith, et al. v. Frank Farian, et al., C.D. Cal., C.A. No. 91-0750-SVW(Sx)) -- Notified involved counsel (ds) |
| 91/06/25 | 8 | RESPONSE (to pldg. #1) -- filed by pltfs. Dennis Freedman, et al. w/cert. of svc. and Exhibit A (ds) |

JPML FORM 1A

R.2

## DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 896 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/07/01 | 9 | REPLY -- Lisa J. Kelton, et al. -- w/Affidavit of Mark C. Rifkin; Exhibits A-C and cert. of svc. (rh) |
| 91/08/15 |  | HEARING ORDER -- setting motion of pltfs. Lisa J. Kelton, et al., for transfer for Panel hearing on September 27, 1991 in Colorado Springs, Colorado -- Notified involved clerks, judges and counsel (ds) |
| 91/08/27 | 10 | NOTICE OF STATUS OF ACTION -- Filed by defts. Bertelsmann Music Group, Inc. and Michael Dornemann in A-5 John O'Rouke, et al. v. Rob Pilatus, et al., S.D. New York, C.A. No. 91-0548-RWS -- w/cert. of svc. (sg) |
| 91/09/23 | 11 | NOTICE OF RELATED ACTION -- filed by defts. Bertelsmann Music Group, Inc. and Michael Dornemann (Tracie R. Johnson, et al. v. Frank Farian, et al., M.D. Louisiana, C.A. No. 91-788-A-M2) (ds) |
| 91/09/24 | 12 | REQUEST TO WITHDRAW MOTION TO TRANSER -- filed by pltfs. Lisa J. Kelton, John W. Jeffrey, Carla J. Freudenberg, Linda J. Starr and Kenneth Graiwer w/cert. of svc. (ds) |
| 91/09/27 |  | HEARING APPEARANCES -- (For hearing on 9/27/91 in Colorado Springs, Colorado) IRVING SCHER, ESQ. for Arista Records, Inc.; Roy Lott; Bertelsmann Music Group, Inc. and Michael Dornemann (rh) |
| 91/09/27 |  | WAIVERS OF ORAL ARGUMENT -- (For hearing on 9/27/91 in Colorado Springs, Colorado) Lisa J. Kelton, et al.; Donna Gallagher; Nancy Mandell, et al.; Dennis Freedman, et al. and Karen L. Smith (rh) |
| 91/10/18 | 13 | STATUS OF ACTION -- Bertelsmann Music Group, Inc. and Michael Dornemann -- w/Dismissal Order re: A-6 w/Cert of Svc.(KC) |

JPML FORM 1A

C.3

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 896 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/11/08 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the Central District of California to the Hon. J. Spencer Letts for pretrial proceedings (rh) |
| 91/11/08 | | TRANSFER ORDER -- Transferring A-3 and A-4 to the Central District of California pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel, panel judges and misc. recipients (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 896 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE MILLI VANILLI LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| September 27, 1991 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | November 8, 1991 TO | Unpublished | | C.D. California | Hon. J. Spencer Letts | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 896 -- In re Milli Vanilli Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Lisa Kelton, et al. v. Frank Farian, et al. | Cal.,C. Letts | 90-6237-JSL)(Gx) | | | | |
| A-2 | Kenneth Graiwer, etc. v. Milli Vanilli, et al. | Cal.,C. Keller | 90-6266-WDK(JRx) | | | | |
| A-3 | Dennis Freedman, et al. v. Fabrice Morvan, et al. | Pa.,E. Giles | 90-7542-JG | 11-8-91 | CV 91-6300 JSL | | |
| A-4 | Donna Gallagher, etc. v. Fabrice Morvan, et al. | Pa.,E. Giles | 91-0716 | 11-8-91 | CV-91-6299 JSL | | |
| A-5 | John O'Rouke, et al. v. Rob Pilatus, et al. | N.O. Ind N.Y.,S. ~~Sweet~~ Lee | ~~91-0548-RWS~~ F90-00215 | | | 3/11/91 D | |
| A-6 | David McLafferty, etc. v. Fabrice Morvan, et al. | N.Y.,S. Sweet | 90-0458-RWS | | | 10/16/91 D | |
| A-7 | Karen L. Smith, et al. v. Frank Farian, et al. | Cal.,C. Letts | 91-0750-SVW (Sx) | | | | Amendment to motion filed 6/25/91 |

July 1992 xyz-3/4 Tr /5 Pending

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  896 -- In re Milli Vanilli Litigation

==================================================================

LISA KELTON, ET AL. (A-1)
Mark C. Rifkin, Esq.
Greenfield & Chimicles
One Haverford Centre
Haverford, PA  19041

KENNETH GRAIWER, ETC. (A-2)
**(No app. rec'd)**
Manuel P. Graiwer, Esq.
Graiwer & Goldberg, Esq.
3600 Wilshire Boulevard
Suite 1020
Los Angeles, CA  90010

DENNIS FREEDMAN, ET AL.(A-3)
Howard J. Sedran, Esq.
Levin, Fishbein, Sedran &
   Berman
320 Walnut Street, Suite 600
Philadelphia, PA  19106

DONNA GALLAGHER, ETC. (A-4)
Jay S. Cohen, Esq.
Law Offices of Jay S. Cohen
1650 Arch Street
Suite 2350
Philadelphia, PA  19103

GALLIN MORREY ASSOCIATES
SANDY GALLIN
Ralph C.Loeb, Esq.
Arrow, Edelstein, Laird, P.C.
9220 Sunset Blvd., #302
Los Angeles, CA  90067

JOHN O'ROUKE, ET AL. (A-5)
(No app. rec'd)
Stephen Halbert, Esq.
Cohen & Malad
136 North Delaware Street
P.O. Box 627
Indianapolis, IN  46206-0627

DAVID MCLAFFERTY, ETC. (A-6)
Jaroslawicz & Jaros, Esq.
150 William Street
19th Floor
New York, NY  10038

KAREN L. SMITH, ET AL. (A-7)
Clinton A. Krislov, Esq.
Krislov & Associates, Ltd.
333 West Wacker Drive
Suite 2600
Chicago, IL  60606

ARISTA RECORDS, INC.
ROY LOTT
Russell J. Frackman, Esq.
Mitchell, Silberberg & Knupp
11377 West Olympic Blvd.
Los Angeles, CA  90064

BERTELSMAN MUSIC GROUP
MICHAEL DORNEMANN
Irving Scher, Esq.
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY  10153

CLIVE DAVIS
L. Peter Parcher, Esq.
Parcher & Hayes
500 Fifth Avenue
38th Floor
New York, NY  10110

```
JPML Form 4 -- Continuation
                                    Panel Attorney Service List -- p.2

DOCKET NO. MDL-896 -- In re Milli Vanilli Litigation
===============================================================================
```

FRANK FARIAN
FAR MUSIC PRODUCTION
BERTELSMAN AG
TODD HEADLEE
CARSTEN HEYNN
MILLI VANILLI
ROBERT PILATUS
HANSA MUSIK PRODUCTION
BERTELSMANN MUSIC COMPANY
FABRUCE MORVAN
**(Unable to determine counsel or address for above defendants)**

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 896 -- In re Milli Vanilli Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Frank Farian | A-1, A-2, A-3, A-4, A-5, A-6, A-7 |
| Far Music Production | A-1, A-2, A-7 |
| Arista Records, Inc. ✓ | A-1, A-2, A-3, A-4, A-5, A-6, A-7 |
| Clive Davis | A-1, A-7 |
| Bertelsman Music Group | A-1, A-7 |
| Bertelsmann AG | A-1, A-7 |
| Michael Dornemann | A-1, A-7 |
| Gallin Morley Associates | A-1, A-2, A-7 |
| Sandy Gallin | A-1, A-7 |
| Todd Headlee | A-1, A-2 |
| Carsten Heynn | A-1 |

| | |
|---|---|
| Milli Vanilli | A-2 |
| Robert Pilatus | A-2, A-3, A-4, A-5, A-6, A-7 |
| Hansa Musik Production | A-2 |
| Roy Lott | A-2 |
| Bertelsmann Music Company | A-2 |
| Fabrice Morvan | A-3, A-4, A-5, A-6, A-7 |
| | |
| | |
| | |
| | |