JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

NOV -8 91

PATRICIA D. HOWARD
CLERK OF THE PANEL

*DOCKET NO. 896*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE MILLI VANILLI LITIGATION*

*BEFORE JOHN F. NANGLE, CHAIRMAN, S. HUGH DILLIN, MILTON POLLACK, LOUIS H. POLLAK, HALBERT O. WOODWARD, ROBERT R. MERHIGE, JR.,[*] AND WILLIAM B. ENRIGHT, JUDGES OF THE PANEL*

*TRANSFER ORDER*

This litigation presently consists of five actions pending in the following federal districts: three actions in the Central District of California and two actions in the Eastern District of Pennsylvania.[1] Before the Panel is a motion by plaintiffs in two California actions to centralize all actions in the Central District of California, pursuant to 28 U.S.C. §1407, for coordinated or consolidated pretrial proceedings. The Pennsylvania plaintiffs agreed that centralization was appropriate, but suggested that the Southern District of New York was marginally more convenient than the California court. Responding defendants initially opposed this motion; alternatively, they suggested centralization in the Eastern District of Pennsylvania. Three days before the hearing, plaintiffs requested that their Section 1407 motion be withdrawn. Defendants' counsel appeared at the hearing in this matter and now argues that this litigation should be centralized in either the California or Pennsylvania courts.

On the basis of the papers filed and the hearing held, the Panel finds that the actions in this litigation involve common questions of fact and that centralization under Section 1407 in the Central District of California will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. These actions share questions of fact arising out of allegations that defendants conspired to defraud the public by misrepresenting to consumers that defendants Fabrice Morvan and Rob Pilatus were the principal vocalists on an album entitled "Girl You Know It's True," when in reality they lip-synched the vocals. Centralization under Section 1407 is thus necessary in order to avoid duplication of discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

---

[*] Judge Merhige took no part in the decision of this matter.

[1] The Panel has been informed that two actions, *John O'Rourke, et al. v. Rob Pilatus, et al.*, N.D. Indiana, C.A. No. F90-00215, and *David McLafferty, etc. v. Fabrice Morvan, et al.*, S.D. New York, C.A. No. 90-0458-RWS, were voluntarily dismissed on March 11, 1991 and October 16, 1991, respectively.

- 2 -

We are persuaded that the Central District of California is the appropriate transferee forum for this docket. We note that several defendants maintain offices or have their principal place of business in Los Angeles and that thus witnesses and documents may be found there; that the movants originally proposed centralization in the California court; and that Judge Letts has become familiar with this docket.

IT IS THEREFORE ORDERED that plaintiffs' request to withdraw their motion is DENIED.

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending the Eastern District of Pennsylvania be, and the same hereby are, transferred to the Central District of California and, with the consent of that court, assigned to the Honorable J. Spencer Letts for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

*FOR THE PANEL:*

*John F. Nangle*
*Chairman*

# SCHEDULE A

## MDL-896 -- In re Milli Vanilli Litigation

### Eastern District of Pennsylvania

Donna Gallagher, etc. v. Fabrice Morvan, et al.,
   C.A. No. 91-0716
Dennis Freedman, et al. v. Fabrice Morvan, et al.,
   C.A. No. 90-7542-JG

### Central District of California

Kenneth Graiwer, etc. v. Milli Vanilli, et al.,
   C.A. No. 90-6266-WDK(JRx)
Lisa Kelton, et al. v. Frank Farian, et al.,
   C.A. No. 90-6237-JSL(Gx)
Karen L. Smith, et al. v. Frank Farian, et al.,
   C.A. No. 91-0750-SVW(Sx)